# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ODENATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE L. HANSEN, an individual,<br><br>Defendant. | CASE NO. 2:11-cv-01547-KJD-PAL |

**DEFAULT JUDGMENT AGAINST THEODORE L. HANSEN**

Default was entered against Defendant Theodore L. Hansen, on February 10, 2012 [Docket No. 13]. Therefore, on Motion of Plaintiff David Odenath [Docket No. 14], judgment is entered against Defendant Theodore L. Hansen, and in favor of the Plaintiff David Odenath as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff David Odenath does have and recovers from Defendant Theodore L. Hansen, the sum of **$2,029,788.72**, together with interest at the statutory rate commencing from the date of judgment.

IT IS SO ORDERED.

DATED this 29th day of May, 2012.

_____
DISTRICT COURT JUDGE

# # #

FENNEMORE CRAIG, P.C.
LAS VEGAS

6996488.1/023684.0002

- 1 -